COPY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 2 2 2004

at ____ o'clock and ____ min. ____ M.
WALTER A.Y.H. CHINN, CLERK

EDWARD H. KUBO, JR.        #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON          #4532
Chief, Violent Crimes

WES R. PORTER              #7698
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:     wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>                Plaintiff, )<br><br>      vs. )<br><br>GEORGE BALLAO, JR., )<br><br>                Defendant. ) | CR. NO. CR 04-00359 HG<br><br>INFORMATION<br><br>[21 U.S.C. § 841(a)(1)] |

**I N F O R M A T I O N**
(21 U.S.C. § 841(a)(1))

The United States Attorney charges that:

On or about March 7, 2003, in the District of Hawaii,

defendant GEORGE BALLAO, JR., knowingly and intentionally

possessed with intent to distribute five (5) grams or more of

methamphetamine, its salts, isomers, and salts of its isomers, a

Schedule II controlled substance, to wit: 19.63 grams of ice.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

DATED: September 22, 2004, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By_____

WES REBER PORTER
Assistant U.S. Attorney